# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

November 25, 2019

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 11/25/19

**BY ECF**

Honorable Robert W. Lehrburger  
United States Magistrate Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007

Re: *Villanueva et al v. 179 Third Avenue Rest Inc. et al*  
1:16-cv-08782-AJN-RWL

Dear Judge Lehrburger:

This office represents Plaintiffs in the above-referenced matter. I write to respectfully request a second extension of thirty (30) days on the deadline to submit inquest materials presently scheduled set for December 2, 2019, to January 2, 2020. The reason for the request is that due to the number of Plaintiffs we have not been able to execute and complete all of materials for filing of inquest documents.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Daniel Tannenbaum*  
Daniel Tannenbaum

SO ORDERED:

_____ 11/25/19  
HON. ROBERT W. LEHRBURGER  
UNITED STATES MAGISTRATE JUDGE

*Certified as a minority-owned business in the State of New York*