USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RAUL SALDANA VILLANUEVA, et al., : 16-cv-8782 (AJN) (RWL)
:
                Plaintiff, : **<u>SCHEDULING ORDER</u>**
:
- against - :
:
NEW YORK CITY HOUSING AUTHORITY, :
:
                Defendant. :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The inquest hearing currently scheduled as an in-person appearance on April 8, 2020 at 9:30 a.m. is hereby ADJOURNED. Parties shall coordinate with the Court's Deputy Clerk to arrange a new date for the inquest hearing at least 45 days from now. All named Plaintiffs must appear for this Inquest hearing. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: March 24, 2020
       New York, New York