```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAUL SALDANA VILLANUEVA, et al.,          :   16-cv-8782 (AJN) (RWL)
                                          :
                        Plaintiff,        :   ORDER
                                          :
        - against -                       :
                                          :
179 THIRD AVENUE REST. INC., et al.,      :
                                          :
                        Defendants.       :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

For the reasons stated during the conference held on July 1, 2020:

1. The inquest hearing scheduled for July 21, 2020 at 2:30 p.m. will now be held on July 21, 2020 at 3:00 p.m. (the "Hearing") and will take place using Skype Business unless otherwise ordered. The Court will provide call-in information in advance of the Hearing. Instructions about Skype Business are available on the S.D.N.Y. website.

2. By July 14, 2020, Plaintiffs shall submit a letter confirming that each Plaintiff is available to attend and testify at the Hearing and has the means to do so. If any Plaintiffs are unable to attend and testify, Plaintiffs must explain the reasons for their absence.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 1, 2020
       New York, New York