UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAUL SALDANA VILLANUEVA, et al., : 16-cv-8782 (AJN) (RWL)

                Plaintiff, : **ORDER**

    - against -

179 THIRD AVENUE REST. INC., et al., :

               Defendants. :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    By July 29, 2020, Plaintiffs' counsel shall submit a revised version of the damages schedule found at Dkt. 135, Ex. 13 that reflects the following:

    1.    Removes columns for pre-judgment interest as those will be determined by the Clerk and will need to be submitted separately;

    2.    Revises to 33 hours the row for which Villanueva's hours-worked currently are indicated to be 93 hours per week;

    3.    Corrects the statutory wage notice and statement amounts for Galindo to $2,500; and

    4.    Revises all corresponding calculations and totals.

Along with the revised schedule, Plaintiffs shall also email a native version of the schedule in Microsoft Excel to the Chambers of the undersigned.

                                   SO ORDERED.

                                   _____
                                   ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 7/24/2020

Dated: July 24, 2020
      New York, New York