USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAUL SALDANA VILLANUEVA, et al.,      :     16-cv-8782 (AJN) (RWL)
                                      :
              Plaintiff,              :     **ORDER**
                                      :
      - against -                     :
                                      :
179 THIRD AVENUE REST. INC., et al.,  :
                                      :
              Defendants.             :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By no later than August 25, 2020, Plaintiffs shall order transcripts for the damage inquest hearings held on July 21, 2020 and July 23, 2020.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 21, 2020
       New York, New York